**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> GINA M. RAIMONDO, in her official capacity as Secretary of the Department of Commerce, *et al.*, <br><br> Defendants, and <br><br> AMERICAN SPORTFISHING ASSOCIATION, <br><br> Defendant-Intervenor. | Civil Action No. 23-cv-982-BAH |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER
AND EXTEND THE BRIEFING SCHEDULE**

Pursuant to Local Civil Rule 7 and paragraph 8 of this Court's Standing Order, the parties jointly move to extend the schedule for summary judgment briefing in this case. The existing briefing schedule was set by the Court's August 22, 2023 Minute Order. The parties' proposed amendment, set forth below, would adjust the interim filing deadlines and extend the overall close of briefing by slightly more than a week—from February 7, 2024, to February 16, 2024. There have been no prior motions seeking to extend the summary judgment briefing deadlines in this case by any party, and there has been only one other motion for an extension of time in this case (*see* Federal Defendants' Unopposed Motion for Enlargement of Time to File Responsive Pleading, ECF No. 8).

For the reasons below, the parties jointly request that the briefing schedule in this case be extended as follows:

1

| Filing | Existing Deadlines | Proposed New Deadlines |
|---|---|---|
| Federal Defendants' and Defendant-Intervenor's Combined Opening Briefs & Oppositions | December 13, 2023 | December 20, 2023 |
| Plaintiff's Combined Opposition & Reply | January 10, 2024 | January 24, 2024 |
| Federal Defendants' and Defendant-Intervenor's Replies | February 7, 2024 | February 16, 2024 |

The proposed schedule provides Federal Defendants and Defendant-Intervenor an additional seven (7) days to file their briefs, for a total of 35 days from the date of Plaintiff's opening brief that was filed on November 15, 2023. The proposed schedule gives Plaintiff a corresponding 35 days to file its Combined Opposition & Reply Brief, to allow Plaintiff's counsel adequate time to review and respond to Federal Defendants' and Defendant-Intervenors' briefs while also avoiding end-of-year scheduling conflicts as described below. Finally, considering the proposed adjustments to the foregoing deadlines, the proposed schedule also moves back the deadline for Federal Defendants and Defendant-Intervenor to file their final reply briefs by just over one week.

There is good cause for the requested extension. In support of this motion, undersigned counsel for Federal Defendants state that the requested enlargement of time for Federal Defendants' combined response to Plaintiff's motion for summary judgment and cross-motion for summary judgment is necessary to confer with agency staff regarding the arguments raised in Plaintiff's motion. Counsel for Defendant-Intervenor requests that the deadline for its brief be similarly extended to remain consistent with the Federal Defendants' briefing schedule. Furthermore, Plaintiff's lead counsel, Kimberly Leefatt, has recently encountered family obligations relating to end-of-school year closures and childcare unavailability for the month of December that require a personal leave in late December. Plaintiff's other

counsel, Kate Desormeau, will also be largely unavailable in late December and early January due to an intervening deadline in a multi-party appeal in the Tenth Circuit Court of Appeals.[1]

The requested adjustments to the briefing schedule are modest, unopposed, and will not prejudice any party. The parties jointly request that the Court amend its briefing order to reflect the proposed revised schedule.

DATE: December 6, 2023

*/s/ Kimberly E. Leefatt*
Kimberly E. Leefatt (Bar ID NY0539)
Natural Resources Defense Council
1314 Second Street
Santa Monica, California 90401
(310) 434-2357
kleefatt@nrdc.org

Katherine Desormeau (Bar ID CA00024)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
(415) 875-6158
kdesormeau@nrdc.org

Molly Masterton (admitted *pro hac vice*)
40 West 20th Street
New York, New York 10011
(212) 727-4451
mmasterton@nrdc.org

*Counsel for Plaintiff*

---

[1] Ms. Desormeau is counsel in consolidated appeals pending in the Tenth Circuit Court of Appeals, and the briefing schedule in those appeals requires her to file an answering brief on January 9, 2024, the day before Plaintiff's Combined Opposition & Reply is currently due in the instant case under the existing schedule. *See* Order ¶ 4, *Garfield County v. Biden*, No. 23-4106 (10th Cir. Sept. 14, 2023).

Todd Kim
Assistant Attorney General
Environment and Natural Resources
Division
U.S. Department of Justice

*/s/ Mark Arthur Brown*
Mark Arthur Brown
(D.C. Bar No. 470050)
Wildlife and Marine Resources Section
U.S. Department of Justice
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
(202) 305-0204
mark.brown@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Jeffrey E. Richardson*
Jeffrey E. Richardson (admitted pro hac vice)
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70130
(504) 581-3234
jeff.richardson@arlaw.com

Joshua Counts Cumby (Bar ID: 1027860)
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville TN 37203
(615) 259-1024
joshua.cumby@arlaw.com

*Counsel for the American Sportfishing Association*

4